

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| IN THE INTEREST OF<br><br>A.E.E. AND G.D.E.,<br><br>Minor Children. | §<br>§<br>§<br>§<br>§<br>§<br>§ | No. 08-20-00083-CV<br><br>Appeal from the<br><br>388th District Court<br><br>of El Paso County, Texas<br><br>(TC# 2015DCM6590) |

**J U D G M E N T**

The Court has considered this cause on the Appellant's motion to dismiss the appeal and concludes the motion should be granted and the appeal should be dismissed. We therefore dismiss the appeal.

It appearing to this Court that Appellant is indigent for purposes of appeal, this Court makes no other order with respect thereto. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 30TH DAY OF APRIL, 2020.

YVONNE T. RODRIGUEZ, Justice

Before Rodriguez, J., Palafox, J., and Ferguson, Judge
Ferguson, Judge (Sitting by Assignment)